# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
HARMONIA HOLDINGS GROUP,
LLC,                                    *
                                        *
            Protestor,                  *
                                        *
v.                                      *
                                        *    No. 19-750C
UNITED STATES,                          *    Filed: June 7, 2019
                                        *
            Defendant,                  *
                                        *
v.                                      *
                                        *
MIL CORPORATION,                        *
                                        *
            Defendant-Intervenor.
* * * * * * * * * * * * * * * * *
```

### O R D E R

On June 7, 2019, the court held an oral argument in the above-captioned protest on protestor's motion for preliminary injunction. For the reasons discussed at the oral argument, protestor's motion for preliminary injunction is **DENIED**. As agreed to at the oral argument, as a result of the denial, the above captioned protest is **DISMISSED**, without prejudice. If protestor decides to file a bid protest after the a decision by the GAO, in the interest of judicial economy, such a protest should be assigned to the undersigned, and the Clerk's Office shall waive the protestor's filing fee.

**IT IS SO ORDERED**.

                                                      s/Marian Blank Horn
                                                      **MARIAN BLANK HORN**
                                                          **Judge**